# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:20-cr-207-CEH-UAM

PHILLIP ROY WASSERMAN

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 1007) entered October 23, 2023, to which there has been no objection and the 14-day objection period has expired, the plea of guilty of Defendant Wasserman is now accepted and Defendant Wasserman is adjudged guilty of Count Eleven of the Superseding Indictment.

**Sentencing is scheduled for January 12, 2024, at 11:00 AM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 13th day of November 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services